**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO.: 2:14-CR-106-JTM-PRC |
| ) | |
| KATHRYN JACKSON, ) | |
| Defendant. ) | |

## FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON PLEAS OF GUILTY BY DEFENDANT KATHRYN JACKSON

TO: THE HONORABLE JAMES T. MOODY,
UNITED STATES DISTRICT COURT

Upon Defendant Kathryn Jackson's request to enter pleas of guilty pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter came for hearing before Magistrate Judge Paul R. Cherry, on November 14, 2014, with the consent of Defendant Kathryn Jackson, counsel for Defendant Kathryn Jackson, and counsel for the United States of America.

The hearing on Defendant Kathryn Jackson pleas of guilty were in full compliance with Rule 11, Federal Rules of Criminal Procedure, before the Magistrate Judge in open court and on the record.

In consideration of that hearing and the statements made by Defendant Kathryn Jackson under oath on the record and in the presence of counsel, the remarks of the Assistant United States Attorney and of counsel for Defendant Kathryn Jackson,

I FIND as follows:

(1) that Defendant Kathryn Jackson understands the nature of the charges against her to which the pleas are offered;

(2) that Defendant Kathryn Jackson understands her right to trial by jury, to persist in her pleas of not guilty, to the assistance of counsel at trial, to confront and cross-examine adverse witnesses, and

her right against compelled self-incrimination;

(3) that Defendant Kathryn Jackson understands what the maximum possible sentences are, including the effect of the supervised release terms, and Defendant Kathryn Jackson understands that the sentencing guidelines apply and that the Court may depart from those guidelines under some circumstances;

(4) that the pleas of guilty by Defendant Kathryn Jackson have been knowingly and voluntarily made and are not the result of force or threats or of promises;

(5) that Defendant Kathryn Jackson is competent to plead guilty;

(6) that Defendant Kathryn Jackson understands that her answers may later be used against her in a prosecution for perjury or false statement;

(7) that there are factual bases for Defendant Kathryn Jackson's pleas; and further,

I RECOMMEND that the Court accept Kathryn Jackson's pleas of guilty to the offenses charged in Counts 1-3 of the Felony Information and that Defendant Kathryn Jackson be adjudged guilty of the offenses charged in Counts 1-3 of the Felony Information and have sentences imposed. A Presentence Report has been ordered. Should this Report and Recommendation be accepted and Kathryn Jackson be adjudged guilty, a sentencing date before Judge James T. Moody will be set by separate order. Objections to the Findings and Recommendation are waived unless filed and served within fourteen days. 28 U.S.C. § 636(b)(1).

SO ORDERED this 14th day of November, 2014.

s/ Paul R. Cherry  
MAGISTRATE JUDGE PAUL R. CHERRY  
UNITED STATES DISTRICT COURT

cc: All counsel of record  
      Honorable James T. Moody