UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) No. 2:14 CR 106 |
| | ) |
| KATHRYN JACKSON | ) |

## ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILTY AND CONFIRMATION OF SENTENCING HEARING

Pursuant to the Report and Recommendation of the United States Magistrate Judge (DE # 8), to which the defendant has waived objection, and subject to this court's consideration of the Plea Agreement pursuant to Fed. R. Crim. P. 11(c)(3), the Magistrate Judge's findings are now **ADOPTED**, defendant's plea of guilty to the offenses charged in Counts 1-3 of the Information is now hereby **ACCEPTED**, and defendant is adjudged guilty of those offenses. A sentencing date will be set under separate order.

**SO ORDERED.**

Date: January 30, 2015

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT